USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

-against-

GEORGE GULDI and VICTORIA DAVIDSON,

Defendants.

-------------------------------------------------------------- X

**SCHEDULING ORDER**

19 Cr. 126 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

In response to Defendants' letter motion dated March 17, 2020 (ECF No. 49), proceedings are scheduled as follows:

1. Trial is adjourned to November 16, 2020 at 10:00 a.m.
2. The final pretrial conference will take place on November 6, 2020 at 11:00 a.m.
3. All pretrial submissions are due by 7 days prior to the final pretrial conference.

Time is excluded until November 16, 2020 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

SO ORDERED.

Dated: March 18, 2020
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge