**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 14, 2020

**BY ECF**

The Honorable Alvin K. Hellerstein
Southern District of New York
500 Pearl Street
New York, NY 10007

*So Ordered.*
*[signed] Al. K. Hellerstein*
*4-16-2020*

Re:   United States v. George Guldi
       19 Cr. 126 (ALH)

Dear Judge Hellerstein:

I write with no objection from Pretrial Services or the Government to request modification of Mr. Guldi's bail conditions. As part of Mr. Guldi's pretrial conditions, he has been allowed to travel to the Southern and Eastern Districts of New York, the District of Vermont, the District of New Hampshire, and points in between. Mr. Guldi has been released since September 16, 2018, and he has been fully compliant with his bail conditions.

I write to request that Mr. Guldi now be allowed to travel to the Districts of Maine, Massachusetts, Rhode Island, and the Eastern, Middle, and Western Districts of Pennsylvania, and the Northern and Western Districts of New York for work purposes. Mr. Guldi has earned permits to allow him to haul commercial goods within a 500-mile radius of his home in Vermont. He will be bidding on hauls and then driving his truck to earn income. For each trip, he will provide an itinerary to his Pretrial Officer in advance. The Government and Pretrial do not object to this additional travel.

Thank you for your consideration, and I hope you and your chamber staff are all healthy.

Respectfully submitted,

/s/ *[signature]*

Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

cc:   AUSAs Matthew Hellman, Esq. & Danielle Kudla, Esq.