**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 20, 2020

**BY ECF**

The Honorable Alvin K. Hellerstein
Southern District of New York
500 Pearl Street
New York, NY 10007

So ordered, with added requirements that defendant notify his PTO, and provide itineraries, three days prior to each trip.

/s/ Alvin K. Hellerstein
4/22/2020

Re: **United States v. George Guldi**
    **19 Cr. 126 (ALH)**

Dear Judge Hellerstein:

In drafting Mr. Guldi's bail modification, I inadvertently left out districts which Mr. Guldi may need to travel to for work. I apologize for the oversight. The defense respectfully requests that the list be expanded to include the Districts of New Jersey, Connecticut, Maryland, Delaware, District of Columbia, and the Eastern District of Virginia.

Mr. Guldi and his pretrial officer have devised a system for him to inform Pretrial when he will be traveling for work.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

cc: AUSAs Matthew Hellman, Esq. & Danielle Kudla, Esq.