**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 30, 2020

**BY ECF**

The Honorable Alvin K. Hellerstein
Southern District of New York
500 Pearl Street
New York, NY 10007

So ordered.

/s/ Alvin K. Hellerstein
4/30/2020

Re:   **United States v. George Guldi**
      **19 Cr. 126 (ALH)**

Dear Judge Hellerstein:

We thank the Court for allowing Mr. Guldi to travel for work. We write to respectfully request that the Court amend its most recent order requiring Mr. Guldi to "notify his PTO, and provide itineraries, three days prior to each trip" to include the additional clause: "or within one hour of receipt of job confirmation when that confirmation is received less than three days prior to commencement of traveling." Mr. Guldi and his pretrial officer collaborated on this language and both agree it is acceptable.

This change is needed because the Court's order would severely limit Mr. Guldi's ability to successfully bid on jobs that need immediate pickup and delivery, which is the hallmark of the short-distance trucking he hopes to do. The source of the work for this industry is for the carriers to bid for loads on a piece work basis, using online portals such as uship.com. Mr. Guldi has learned that virtually all loads offered require shipping shortly after bid acceptance. As such, we respectfully request the above modification. If Mr. Guldi receives a job, he will immediately email his pretrial officer with his itinerary. His pretrial officer will therefore know where Mr. Guldi is at all times.

Thank you for your consideration.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

cc:   AUSAs Matthew Hellman, Esq. & Danielle Kudla, Esq.