# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

August 24, 2020

**By ECF**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*The trial is adjourned until June 7, 2021 @ 10:00 am. FPTC is set for June 3, 2021 @ 11:00 a.m. Time is excluded in the interest of justice. [signature] 8-31-2020*

Re:  **United States v. George Guldi**
     **19 Cr. 126 (AKH)**

Dear Judge Hellerstein:

The defense writes jointly with the consent of the Government to respectfully request an adjournment of the trial until a date in May, 2021. The trial is currently scheduled for November 16, 2020. The parties request this adjournment due to both the ongoing public health crisis, and an attorney's previously scheduled leave.

The defense does not object to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

Tamara L. Giwa
Ian Marcus Amelkin
Counsel for George Guldi
Federal Defenders of New York
(917) 890-9729

Cc:  Sharon McCarthy (via ECF)
     AUSA Danielle Kudla (via ECF)
     AUSA Matthew Hellman (via ECF)