So ordered.  The Clerk shall terminate Brian P. Ketcham as an attorney of record.

/s/ Alvin K. Hellerstein
9/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

     v.                                                     19-cr-00126 (AKH)

GEORGE GULDI and VICTORIA DAVIDSON,

        Defendants.

-------------------------------------------------------------------X

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, undersigned counsel respectfully moves to withdraw as counsel for defendant Victoria Davidson.  The basis for this motion is that undersigned counsel is no longer employed by the law firm that represents Ms. Davidson, who continues to be represented by Sharon L. McCarthy, a partner of that law firm and therefore, should this motion be granted, there will be no impact on the posture or calendar position of this matter.  Undersigned counsel has conferred with Ms. McCarthy, who has advised that Ms. Davidson does not object to this motion, as well as counsel for the government, which also does not object to this motion.  Undersigned counsel is not asserting a retaining or charging lien.

Dated:  August 27, 2020
       New York, New York             Respectfully submitted,

                                       /s/*Brian P. Ketcham*
                                       Brian P. Ketcham (BK9934)
                                       4 World Trade Center, 29th Floor
                                       New York, New York 10007
                                       Tel: (212) 518-6380
                                       Fax: (866) 467-7591
                                       Email: bk@ketchampllc.com