UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA          :        **TRANSPORTATION ORDER**

    - v -                        :        19 Cr. 126 (AKH)

George Guldi et al,               :

             Defendant.    :

----------------------------------x

    Upon the application of **George Guldi,** by his attorney, **Ian Marcus Amelkin, Esq.,** Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

    **ORDERED** that the United States Marshals Service furnish George Guldi with funds to cover the cost of roundtrip airfare between Rutland, Vermont and New York, New York in advance of Mr. Guldi's upcoming court date on Wednesday, October 19, 2022, arriving in New York on Tuesday, October 18, 2022, and returning to Rutland, Vermont following the appearance; and it is hereby further

    **ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York          **SO ORDERED:**
        September 19, 2022

                                HONORABLE ALVIN K. HELLERSTEIN
                                United States District Judge