UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
: **Order**
:
-against- : 19 Cr. 126 (AKH)
:
:
GEORGE GULDI and :
VICTORIA DAVIDSON, :
:
:
Defendants. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The materials included in Exhibits 2 and 3 to ECF No. 105 shall be returned to the Government without record made.

    SO ORDERED.

Dated:    October 6, 2022
             New York, New York

                                             ALVIN K. HELLERSTEIN
                                             United States District Judge