UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                 :
UNITED STATES OF AMERICA,         :
                                                 :     **Order**
          -against-                          :     19 Cr. 126 (AKH)
                                                 :
GEORGE GULDI and                          :
VICTORIA DAVIDSON,                   :
                                                 :
                            Defendants.   :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to furnish the names of persons and places likely to be identified at trial no later than October 20, 2022.

        SO ORDERED.

Dated:     October 13, 2022
               New York, New York

                                                              ALVIN K. HELLERSTEIN
                                                              United States District Judge