UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
: **ORDER REGULATING**
: **PROCEEDINGS**
-against- :
: 19 Cr. 126 (AKH)
:
GEORGE GULDI and :
VICTORIA DAVIDSON, :
:
:
Defendants. :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Trial in the above-captioned case is adjourned from October 25, 2022 to January 9, 2023 at 10:00 a.m. The Court is not able to begin trial on the scheduled date, and the calendars of Court and counsel do not permit a date earlier than January 9, 2023 at 10:00 a.m. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7). The continuance is granted at the request of the Court. The exclusion will serve the ends of justice. In the context of all counsel wishing no change in the trial judge, and agreeing to the adjournment, the ends of justice being served by such an adjournment outweigh the interests of the defendant and the public in a speedy trial.

       SO ORDERED.

Dated:    October 20, 2022
             New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge