UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                                 :
UNITED STATES OF AMERICA,                  :
                                                                 :      **ORDER REGULATING**
                                                                  :      **PROCEEDINGS**
    -against-                                           :
                                                                  :      19 Cr. 126 (AKH)
                                                                  :
GEORGE GULDI and                               :
VICTORIA DAVIDSON,                          :
                                                                  :
                                           Defendants.     :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Trial in the above-captioned case is adjourned from January 9, 2023 to January 10, 2023 at 10:00 a.m. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7).

        SO ORDERED.

Dated:     December 14, 2022                   ___/s/ Alvin Hellerstein_____
              New York, New York                  ALVIN K. HELLERSTEIN
                                                                  United States District Judge