# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 24, 2023

*So ordered – at 2:00 pm
11-27-23
[signature] A.K. Hellerstein*

**BY ECF & EMAIL**

The Honorable Alvin K. Hellerstein
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. George Guldi**
    **19 Cr. 126 (AKH)**

Dear Judge Hellerstein:

The defense writes to renew our request that the Court delay Mr. Guldi's surrender date to January 31, 2024, due to his scheduled medical appointments to treat a number of serious health conditions. Mr. Guldi is currently under the care of medical teams specializing in oncology, rheumatology, endocrinology, and orthopedics.[1] Mr. Guldi and his team of doctors are working on a treatment plan in preparation for Mr. Guldi's period of incarceration. Mr. Guldi has the following medical appointments scheduled through the end of January:

1. **12/15**: Follow-up with primary care physician re: diabetes, sciatica, and prostate cancer;
2. **12/27**: First of weekly physical therapy appointments;
3. **1/3**: Podiatry appointment for diabetic foot care exam;
4. **1/8**: Urology / oncology follow-up;
5. **1/11**: Endocrinology appointment;
6. **1/16**: Epidural spinal injection and CT scan;
7. **1/29**: Rheumatology appointment.

---

[1] Further details about Mr. Guldi's medical history and prescribed medications are available in the Pre-Sentence Report and in the defense filing at ECF # 207.

United States v. Guldi, 19 Cr. 126 (AKH)											Page 2 of 2
October 30, 2023

      An extension of the surrender date through the end of January will allow Mr. Guldi to meet with his specialists one final time before his incarceration and ensure that he enters the Bureau of Prisons with a comprehensive treatment plan for his ongoing medical needs. Accordingly, the defense respectfully requests the Court delay Mr. Guldi's surrender until January 31, 2024.

Respectfully submitted,

/s/
Tamara Giwa
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:    Jon Bodanksy, Esq.
        Maddie Smyser, Esq.
        Daniel Richenthal, Esq.