# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

> The request to delay further is denied. Though Mr. Guldi suffers from chronic conditions, there is no evidence that these conditions cannot be treated by the Bureau of Prisons. Mr. Guldi's time to report has been delayed several times already, and no further delay will be given at this time.
> SO ORDERED.
> Dated: 1/29/24          /s/ Alvin K. Hellerstein
> New York, New York      Alvin K. Hellerstein
>                          United States District Judge

January 26, 2024

**BY ECF & EMAIL**

The Honorable Alvin K. Hellerstein
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:   United States v. George Guldi**
>        **19 Cr. 126 (AKH)**

Dear Judge Hellerstein:

The defense writes to request that the Court delay Mr. Guldi's surrender date to May 7, 2024, the same date as his co-defendant Victoria Davidson. Mr. Guldi seeks a delay of his surrender in order to complete a series of medical appointments and procedures to treat his many serious health conditions.

Mr. Guldi is currently under the care of medical teams specializing in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[1] Mr. Guldi and his team of doctors are working on a treatment plan in preparation for Mr. Guldi's period of incarceration. Mr. Guldi is being actively monitored for, among other things, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ has resulted in rapid deterioration of his ▮▮▮▮▮▮▮▮ necessitating further intervention by a ▮▮▮▮▮▮▮▮▮▮. Mr. Guldi's active medical conditions are severe and require approximately ten prescription medications to manage.

An extension of the surrender date until May 7, 2024 will allow Mr. Guldi to meet with his specialists to obtain necessary treatment before his incarceration, and

---

[1] Further details about Mr. Guldi's medical history and prescribed medications are available in the Pre-Sentence Report, in the defense filing at ECF # 207, and in the letter from Mr. Guldi's primary care physician, attached as Exhibit A.

United States v. Guldi, 19 Cr. 126 (AKH)                    Page 2 of 2
January 26, 2024

will further ensure that he enters the Bureau of Prisons with a comprehensive
treatment plan for his ongoing medical needs. Accordingly, the defense respectfully
requests that the Court delay Mr. Guldi's surrender until May 7, 2024.

Respectfully submitted,

/s/
Tamara Giwa
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:    Jon Bodanksy, Esq.
       Maddie Smyser, Esq.
       Daniel Richenthal, Esq.

# EXHIBIT A

REDACTED