# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

> Guldi's time to report to the BOP designated facility is enlarged to March 19, 2024, at 2:00 p.m.
> SO ORDERED.
> Dated: 2/9/24          /s/ Alvin K. Hellerstein
> New York, New York    Alvin K. Hellerstein
>                       United States District Judge

February 8, 2024

The Honorable Alvin K. Hellerstein
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:    *United States v. George Guldi*
                  19 Cr. 126 (ALH)

Dear Judge Hellerstein:

      On January 31, 2024, Mr. Guldi filed a motion for bond pending his appeal. On February 5, 2024, the government requested a response deadline of February 21, which the Court granted. Mr. Guldi's current surrender date is February 27. I am now writing to request that the Court set a deadline of March 8 for Mr. Guldi to reply to the government's response and that the Court extend Mr. Guldi's surrender date to a date that is two weeks after the Court's decision on his bail motion, in the event that the Court denies the motion.

      The government consents to both requests.

                              Sincerely,

                              Allegra Glashausser
                              Assistant Federal Defender
                              (212) 417-8739
                              (646) 842-2353
                              allegra_glashausser@fd.org

1