UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
UNITED STATES OF AMERICA, :
: **ORDER DENYING MOTION**
: **FOR DELAY OF SURRENDER**
-against- :
: 19 Cr. 126 (AKH)
:
GEORGE GULDI, :
:
:
Defendant. :
:
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Guldi's letter motion for an additional delay of his surrender date is denied. ECF No. 246. This request has been made—and granted—several times for varying reasons. This latest request for an additional delay appears to be just another means to push back Guldi's appearance at the designated prison facility. Guldi makes no showing of why this surgery could not have happened earlier during the many months of delay that I granted him, and so the request is denied.

    The fact Guldi is appealing my denial of his motion for bail pending appeal also does not merit delaying his surrender further. There is and will be no stay of Guldi's surrender pending the disposition of his appeal. A sentencing trial court has control over the surrender date of a criminal defendant, and the date I have given, March 19, 2024, will remain fixed.

    SO ORDERED.

Dated:    March 18, 2024
            New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge