

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 24, 2025

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. George Guldi*, S1 19 Cr. 126 (AKH)

Dear Judge Hellerstein:

    The Government respectfully writes to request a brief adjournment of defendant George Guldi's resentencing in the above-captioned matter, currently set for July 30, 2025, for at least three weeks to allow the United States Marshals Service ("the USMS") sufficient time to transport the defendant to this District for resentencing.

    On July 14, 2025, the Court denied the defendant's then-pending motion for bail and scheduled resentencing for September 29, 2025. (Dkt. 273.) As the Court is aware, the defendant is currently detained at FCI Butner, in North Carolina. Following the Court's order, the Government promptly contacted the Bureau of Prisons (the "BOP") and set in motion the defendant's transfer to this District for resentencing. On July 22, 2025, the defendant filed a motion for reconsideration of the Court's denial of bail and for an expedited resentencing date. (Dkt. 274). That same day, the Court rescheduled resentencing for July 30, 2025. (Dkt. 275). Following that order, the Government promptly updated both the BOP and USMS and requested that the defendant's transfer be expedited to accommodate the advanced resentencing date. The Government has since been informed, however, that due to USMS procedure and operational constraints outside of the control of the Marshals in this District, USMS requires at least three weeks to transport the defendant here for resentencing. Accordingly, the Government requests a resentencing adjournment of at least three weeks. If the defendant arrives in the District earlier than anticipated, the Government will promptly inform the Court.

    A short adjournment of this nature will not result in material prejudice to the defendant. Three weeks from now, the defendant will have served approximately 17 months of his sentence, which remains 20 months below the bottom of the new Guidelines range of 37 months' imprisonment.

Honorable Alvin K. Hellerstein
United States District Judge
July 24, 2025
Page 2

                                                  Respectfully submitted,

                                                  JAY CLAYTON
                                                  United States Attorney

By:    s/_____
          Madison Reddick Smyser
          Jonathan L. Bodansky
          Daniel C. Richenthal
          Assistant United States Attorneys
          (212) 637-2381/2385/2109

cc:    (by ECF)

      Ian Marcus Amelkin, Esq.
      Tamara Giwa, Esq.
      Allegra Glashausser, Esq.

**Based on the inability of the Bureau of Prisons to bring Defendant to this Court on the date rescheduled for re-sentencing, July 30, 2025, sentencing is hereby adjourned to August 26, 2025, at 10:30 a.m., in Courtroom 14D.  So ordered.**

**/s/  Alvin K. Hellerstein, U.S.D.J.**
**7/25/2025**